D. EDWARD HAYS, #162507
ehays@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Chapter 7 Trustee,
RICHARD A. MARSHACK

**FILED & ENTERED**

**APR 11 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>YAN SUI,<br><br>        Debtor. | Case No. 8:11-bk-20448-CB<br><br>Chapter 7<br><br>ORDER TO SHOW CAUSE WHY DEBTOR, YAN SUI, SHOULD NOT BE HELD IN CONTEMPT OF COURT<br><br>[MOTION – DOCKET NO. 416]<br><br>Hearing re: Issuance of Order to Show Cause<br>Date:    March 22, 2016<br>Time:    2:30 p.m.<br>Ctrm.:    5D<br><br>Order to Show Cause Hearing<br>Date:    April 26, 2016<br>Time:    2:30 p.m.<br>Ctrm.:    5D |

A hearing was held on March 22, 2016, at 2:30 p.m., before the Honorable Catherine E. Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D located at 411 West Fourth Street, Santa Ana, California on the Trustee's Motion for Issuance of Order to Show Cause Why Yan Sui Should not be Held in Contempt filed February 29, 2016, as Docket No. 416 ("Motion"). Chad V. Haes of Marshack Hays LLP appeared on behalf of Richard A. Marshack in his capacity as Chapter 7 Trustee. Debtor and Respondent, Yan Sui, failed to appear.

/ / /

/ / /

/ / /

1

The Court having read and considered the Motion, all related pleadings, heard the oral arguments of the parties and with good cause shown,

IT IS ORDERED that:

1. The Motion is granted in its entirety;

2. YAN SUI must appear and show cause, if any, why he should not be found in civil contempt and sanctioned for his alleged violations of the Default Order entered by this Court on October 6, 2014, as Dk. No. 115 and the Sale Order entered by this Court on June 4, 2015 as Dk. No. 357;

3. The hearing on the Order to Show Cause ("OSC") will be held on April 26, 2016, at 2:30 p.m. in Courtroom 5D of the above-entitled Court. YAN SUI is ordered to personally appear at the scheduled hearing. Any papers to be filed in opposition to the OSC shall be filed and served no later than seven (7) days prior to the hearing date. Any papers filed in reply shall be filed and served no later than three (3) days prior to the scheduled hearing.

4. Alternatively, YAN SUI may purge his contempt by either dismissing District Court Case No. SACV16-00223 JAK (AJWx) ("2016 Lawsuit") in its entirety or amending the complaint initiating the 2016 Lawsuit to remove any and all claims arising out of or relating to the sale of his former residence that conflict with the provisions of the Sale Order and the Default Order, including the provisions that the sale was made free and clear of all alleged liens, claims, and interests.

5. If YAN SUI does not purge his contempt prior to the hearing scheduled for April 26, 2016, then the Court may enter an order adjudicating that YAN SUI is in contempt of Court.

6. If the Court adjudicates YAN SUI to be in contempt, the Court will consider all available remedies to coerce his compliance with the Sale Order, Default Order, and this Order, including imposing monetary sanctions and damages against YAN SUI and/or ordering his incarceration until such time as he fully purges his contempt.

/ / /

/ / /

/ / /

/ / /

2

7. The Parties shall file a status report re: YAN SUI's efforts to purge his contempt prior to the scheduled hearing on April 26, 2016.

###

Date: April 11, 2016

Catherine Bauer
United States Bankruptcy Judge

3

4849-3556-5359, v. 1/1015-038